| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Man.fro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>Fax: (914) 992-9154<br>kbo@kkmllp.com | Order Filed on January 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Crystal Burns,<br><br>Debtor(s). | Case No.:    17-31382 VFP<br>Chapter:    7<br>Hearing Date: January 09, 2018<br>Judge:    Vincent F. Papalia |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

7

Upon the motion of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to pennit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

_j_ Real property more fully described as:

308 Hamilton Pl, Unit 23, Hackensack, New Jersey 07601

____ Personal property more fully described as:

ORDERED, that Movant is permitted to engage in loss mitigation activity with the Debtors, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor; and it is further

ORDERED that this order shall survive any conversion; and it is further

8

ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.