|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Man.fro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>Fax: (914)992-9154<br>kbo@kkmllp.com | **Order Filed on January 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Crystal Burns,<br><br>      Debtor(s). | Case No.:  17-31382 VFP<br>Chapter:  7<br>Hearing Date: January 09, 2018<br>Judge:  Vincent F. Papalia |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

7

Upon the motion of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

_j_ Real property more fully described as:

308 Hamilton Pl, Unit 23, Hackensack, New Jersey 07601

____ Personal property more fully described as:

ORDERED, that Movant is permitted to engage in loss mitigation activity with the Debtors, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor; and it is further

ORDERED that this order shall survive any conversion; and it is further

8

ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

9

United States Bankruptcy Court
District of New Jersey

In re:  
Crystal Burns  
     Debtor

Case No. 17-31382-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 12, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db          +Crystal Burns,   308 Hamilton Place Unit 23,   Hackensack, NJ 07601-3679

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
        Howard B. Leopold    on behalf of Creditor    Prospect Commons Condominium Association
         howard@goodmanleopoldlaw.com
        Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
         Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
         kbo@kkmllp.com,    nmm@kkmllp.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        Russell L. Low    on behalf of Debtor Crystal   Burns rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Steven P. Kartzman    kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                TOTAL: 6