UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-31382 VFP |
| CRYSTAL BURNS | Chapter: | 7 |
| | Judge: | Vincent F. Papalia |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on March 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   308 Hamilton Place, Unit 23, Hackensack, NJ
> Valued at about $331,000
> Less about 10% costs of sale

> Liens on property: $545,000

> Amount of equity claimed as exempt:   $0

Objections must be served on, and requests for additional information directed to:

Name:         */s/ Steven P. Kartzman*

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-31382-VFP
Crystal Burns                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 26, 2018
                              Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
```
db          +Crystal Burns,   308 Hamilton Place Unit 23,   Hackensack, NJ 07601-3679
cr          +Prospect Commons Condominium Association,   419 Essex Street,   Hackensack, NJ 07601-1264
cr          +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Manfro, LLP,
              565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
517134582   +CAP1/SAKS,   3455 HIGHWAY 80 W,   JACKSON, MS 39209-7202
517134583   +COMENITYCAPITAL/LEXUS,   PO BOX 182120,   COLUMBUS, OH 43218-2120
517134586   +Howard Leopold, LLC,   Three University Plaza Suite 410,   Hackensack, NJ 07601-6222
517134588   +Knuckles, Komosinski & Elliott, LLP,   50 Tice Boulevard,   Suite 183,
              Woodcliff Lake, NJ 07677-7681
517134589    Law Offices of Douglas C. Anton, ESQ,   3 University Plaza Drive,   Suite 207,
              Hackensack, NJ 07601
517134590   +Leopold Law,LLC,   Three University Plaza,   Suite 410,   Hackensack, NJ 07601-6222
517134591   +Prosepect Commons Condominium Assoc,   c/o H. F. Koval Property Mgmt,   419 Essex Street,
              Hackensack, NJ 07601-1264
517134592   +Prospect Commons Condminium,   C/O H. F. Koval Property Mgmt.,   419 Essex Street,
              Hackensack, NJ 07601-1264
517134594   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA MOTOR CREDIT CO,   4 GATEHALL DR STE 350,
              PARSIPPANY, NJ 07054)
517134596   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: WELLS FARGO HM MORTGAG,   8480 STAGECOACH CIR,
              FREDERICK, MD 21701)
517134597   +Wingspan Portfolio Advisors,   C/O TAAC NHF Holdings, LLC,   Attn: Weltman Winberg & Reis,
              525 Vine Street Suite 800,   Cincinnati, OH 45202-3171
517134598   +Zucker, Goldberg, & Ackerman, LLC,   200 Sheffield Street, Suite 301,
              Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 00:05:43     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 00:05:42    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517134581    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 27 2018 00:14:22     BMW FINANCIAL SERVICES,
              5515 PARKCENTER CIR,   DUBLIN, OH 43017
517144227   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 00:14:21
              BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   P.O. Box 165028,
              Irving, TX 75016-5028
517134584   +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 00:14:37    CREDIT ONE BANK NA,
              PO BOX 98875,   LAS VEGAS, NV 89193-8875
517134585   +E-mail/Text: hannlegal@hannfinancial.com Feb 27 2018 00:05:30    HANN FINANCIAL SERVICE,
              1 CENTRE DR,   JAMESBURG, NJ 08831-1564
517134587    E-mail/Text: cio.bncmail@irs.gov Feb 27 2018 00:05:21    Internal Revenue Services,
              Special Processing Branch,   PO Box 724,   Springfield, NJ 07081
517134593   +E-mail/Text: bkteam@selenefinance.com Feb 27 2018 00:05:18    Selene Finance,
              9990 Richmod Avenue,   Suite 400 South,   Houston, TX 77042-4546
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AIS Portfolio Services, LP,   Attn: BMW Financial Services NA, LLC
517207575    Prospect Commons Condominium Association
517134595*  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA MOTOR CREDIT CO,   4 GATEHALL DR STE 350,
              PARSIPPANY, NJ 07054)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 26, 2018
                              Form ID: pdf905          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Howard B. Leopold    on behalf of Creditor    Prospect Commons Condominium Association
               howard@goodmanleopoldlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
               kbo@kkmllp.com,   nmm@kkmllp.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Crystal  Burns rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```